UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN JACOBO-ARIZAGA,<br><br>Petitioner,<br><br>v.<br><br>PAUL THOMPSON, Warden,<br><br>Respondent. | No.  2:21-cv-1864-KJM-EFB P<br><br><br><br>ORDER |

Petitioner is a federal prisoner proceeding without counsel in this petition for writ of habeas corpus brought under 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 22, 2021, the magistrate judge filed findings and recommendations, which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within fourteen days.  Petitioner has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having reviewed the file, the court adopts the Magistrate Judge's recommendation to dismiss the petition for lack of jurisdiction.  Petitioner claims he is entitled to release in August 2023.  His claim as currently expressed is thus unripe.

/////

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed November 22, 2021, are adopted in part;

2. The petition for relief under 28 U.S.C. § 2241 is dismissed as unripe;

3. Petitioner is granted thirty (30) days from the date of service of this order to file an amended petition demonstrating that his claim is ripe for review;

4. Failure to comply will result in the dismissal of this action;

5. This matter is referred back to the assigned magistrate judge for all pretrial purposes, including the pending motion at ECF No. 13; and

6. The findings and recommendations at ECF No. 11, and the related motion at ECF No. 8, remain pending.

DATED: February 23, 2022.

CHIEF UNITED STATES DISTRICT JUDGE