UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN JACOBO-ARIZAGA, | No. 2:21-cv-1864-KJM-EFB P |
| Petitioner, | |
| v. | FINDINGS AND RECOMMENDATIONS |
| PAUL THOMPSON, Warden, | |
| Respondent. | |

Petitioner is a federal prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2241. On February 23, 2022, the court dismissed the petition for lack of jurisdiction because the petition was not ripe for review. ECF No. 14. The court granted petitioner 30 days to file an amended petition demonstrating the ripeness of his claim. *Id.* The time for acting has passed and petitioner has not filed an amended petition or otherwise responded to the court's order. Thus, it appears that petitioner is unable or unwilling to cure the defects in the petition.

Accordingly, it is hereby RECOMMENDED that this action be DISMISSED for the reasons stated in the February 23, 2022 order.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned

1

"Objections to Magistrate Judge's Findings and Recommendations." Any reply to the objections shall be served and filed within fourteen days after service of the objections. Failure to file objections within the specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991). In his objections petitioner may address whether a certificate of appealability should issue in the event he files an appeal of the judgment in this case. *See* Rule 11, Rules Governing Section 2254 Cases (the district court must issue or deny a certificate of appealability when it enters a final order adverse to the applicant).

Dated: March 31, 2022.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE